Harriet Harden *vs.* Ephraim Harden.

Under a submission to arbitration of two counter demands, an award that one of the parties recover of the other a fixed sum, " and the same is in full of all matters referred," is good.

Under a submission of all demands before a justice of the peace, arbitrators may award that the losing party pay the costs of court and of the hearing.

Motion to set aside an award of arbitrators, upon a submission, entered into before a justice of the peace, of the demands contained in a bill of the plaintiff against the defendant for work from 1845 to 1855, amounting to $720.75, and in a bill of the defendant against the plaintiff for board from 1830 to 1837, and from 1845 to 1855, amounting to $1600. A majority of the arbitrators awarded that " said Harriet Harden recover of said Ephraim Harden the sum of three hundred dollars, together with the costs of court to be taxed by the court, and so much of the costs of this reference as is made up of the fees of the arbitrators and the hire of the room for hearings in the case, that is to say, the sum of ninety seven dollars, and the same is in full of all matters referred."

The grounds of the defendant's motion to set aside the award were : " 1st. Because it does not appear that the arbitrators

considered and determined all the matters submitted to them: 2d. Because it appears that said arbitrators have considered and determined matters not submitted to them."

In the court of common pleas, *Briggs*, J. overruled the motions, and gave judgment on the award for the plaintiff, and the defendant alleged exceptions.

*P. Simmons*, for the defendant.

*H. E. Hersey*, for the plaintiff, was stopped

By the Court, who

*Overruled the exceptions, with double costs*